**UNITED STATES of America, Plaintiff–Appellee**

v.

**Daniel Ogwoka SIRINGI, Defendant– Appellant.**

No. 09–40762
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 1, 2010.

Randall Lynn Fluke, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Margaret L. Schmucker, Austin, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Daniel Ogwoka Siringi has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Siringi has filed a response. The record is

insufficiently developed to allow consideration at this time of Siringi's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when they have not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Siringi's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Siringi's motions for a hearing, for a restraining order, and for leave to file documents are DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.